# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD GOODE<br><br>    v.<br><br>WARDEN M. FARRELL, et al. | CIVIL ACTION<br><br>NO. 13-3680 |
|---|---|

## O R D E R

**AND NOW,** this 2nd day of October, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the motion for preliminary injunction (ECF 37) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-3680 goode v. farrell\13cv3680.order.10.2.14.docx