IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GOODE, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | NO. 13-3680 |
| | : | |
| M. FARRELL, et. al. | : | |
| Respondents | : | |

FILED
OCT - 2 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 2nd day of Oct, 2014, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. 3) filed September 16, 2013,[1] Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 13) filed December 18, 2013, the Response to Petition for Writ of Habeas Corpus (Doc. 32) filed April 15, 2014, Petitioner's Reply (Doc. 33) filed April 21, 2014, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated May 1, 2014,

IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED without prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

MICHAEL M. BAYLSON, J.

10/2/14

---

[1] As noted by my August 15, 2013 Order, when Petitioner initially filed his Petition for a Writ of Habeas Corpus (Doc. 1), he did not use the current standard 28 U.S.C. § 2241 form as has been required by this court since October 2009. See Doc. 2. Petitioner was provided with a blank copy of the Court's current standard form for *habeas corpus* relief, which he completed, and returned to the Clerk of Court for filing on September 16, 2013. See Doc. 3.